IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**Acknowledged**
TWP
April 5, 2017

| | |
|---|---|
| CHRISTOPHER MICHAEL ROSS, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>     v.<br><br>PENNYMAC LOAN SERVICES, LLC<br><br>               Defendant. | NO. 1:17-cv-TWP-DML<br><br>**JURY TRIAL DEMANDED** |

## VOLUNTARY DISMISSAL BY THE PLAINTIFF

    Pursuant to Rule 41(a)(1)(i), the Plaintiff voluntarily dismisses this lawsuit.

                         Respectfully submitted,

                         By:    *s/ Ryan R. Frasher*

                         Ryan R. Frasher, Esq.
                         **THE FRASHER LAW FIRM, P.C.**
                         155 E. Market Street, Ste. 450
                         Indianapolis, IN 46204
                         (317) 634-5544 – telephone
                         (317) 630-4824 – facsimile
                         Email: rfrasher@frasherlaw.com

| | |
|---|---|
| 04/04/17<br>Date | *s/ Ryan R. Frasher*<br>Signature |

                         Ryan R. Frasher, (#27108-49)
                         The Frasher Law Firm, P.C.
                         155 East Market Street, 450
                         Indianapolis, IN 46204
                         Phone: 317-634-5544

Fax: 317-630-4824
Email: rfrasher@frasherlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that the below counsel of record will be served with a copy of this document via the Court's CM/ECF system pursuant to the local rules of this Court, or other allowable means. If said counsel of record has not registered for electronic notice, a copy will be served via first class U.S. mail.

All Counsel of Record

*s/ Ryan R. Frasher*
The Frasher Law Firm, P.C.
450 Barrister Building
155 East Market Street
Indianapolis, Indiana 46204
Office: (317) 634-5544
Fax: (317) 630-4824